UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR FOOD SAFETY, et al.,

    Plaintiff(s),

v.

MARGARET A HAMBURG, MD

    Defendant(s).
_____/

No. C 12-4529 PJH

**ORDER VACATING AMENDED JUDGMENT AND APPROVING PROPOSED CONSENT DECREE**

Pursuant to the request and stipulation of the parties, their motion to strike their first joint motion to vacate the amended judgment (docket no. 82) is GRANTED, and their second joint motion to vacate the amended judgment (docket no. 85) is also GRANTED. The amended judgment filed on August 13, 2013 (docket no. 70) is hereby VACATED and the parties' proposed consent decree is entered this date by separate order.

**IT IS SO ORDERED.**

Dated: February 25, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge